**People of the State of Illinois, Plaintiff-Appellee, v. Lester R. Koczur, Defendant-Appellant.**

Gen. No. 52,531. (Abstract of Decision.)

First District, Third Division.

October 17, 1968.

Opinion by JUSTICE SULLIVAN. Not to be published in full.